```
                          United States Bankruptcy Court
                           Eastern District of New York

In re:                                                      Case No. 12-41295-nhl
Andrew DeSalas                                              Chapter 7
Carrie DeSalas
        Debtors                  CERTIFICATE OF NOTICE

District/off: 0207-1        User: dcapers            Page 1 of 3        Date Rcvd: Jun 07, 2012
                            Form ID: 262             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2012.
db/jdb       +Andrew DeSalas,   Carrie DeSalas,   16 Heather Court,   Staten Island, NY 10303-2145
smg          +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg          +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg          +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
              Albany, NY 12240-0001
7573182       AmeriMark Premier,   P.O. Box 2845,   Monroe, WI 53566-8045
7573185      +Citibank, N.A.,   C/O Forster & Garbus LLP,   60 Motor Parkway,   Commack, NY 11725-5710
7573187       Convergent Outsourcing, Inc.,   P.O. Box 9004,   Renton, WA 98057-9004
7573188       Country Door,   1112 7th Avenue,   Monroe, WI 53566-1364
7573189       Dome Property Management,   109 Winant Place,   Staten Island, NY 10309-1311
7573190       Emerg Care Services Of NJ,P.A.,   P.O. Box 740021,   Cincinnati, OH 45274-0021
7573191       Fingerhut,   P.O. Box 166,   Newark, NJ 07101-0166
7573192       Ginny's,   1112 7th Avenue,   Monroe, WI 53566-1364
7573196       HSN,   P.O. Box 9090,   Clearwater, FL 33758-9090
7573193       Healthcare Revenue Recovery Group, LLC,   P.O. Box 5406,   Cincinnati, OH 45273-7942
7573194      +Home Depot Credit Services,   P.O. Box 790328,   St. Louis, MO 63179-0328
7573197      +J.C. Christensen And Associates, Inc.,   P.O. Box 519,   Sauk Rapids, MN 56379-0519
7573201       Midnight Velvet,   1112 7th Avenue,   Monroe, WI 53566-1364
7573202       Paypal Credit Svcs/Gecrb,   P.O. Box 960080,   Orlando, FL 32896-0080
7573204       RBS Citizens, N.A.,   P.O. Box 42113,   Providence, RI 02940-2113
7573205       Seventh Avenue,   1112 7th Avenue,   Monroe, WI 53566-1364
7573206       Staples Credit Plan,   P.O. Box 6403,   Sioux Falls, SD 57117-6403
7573207       Stoneberry,   P.O. Box 2820,   Monroe, WI 53566-8020
7573209      +Target National Bank,   C/O Cohen & Slamowitz, LLP,   199 Crossways Park Drive,
              Woodbury, NY 11797-2016
7573210       The Children's Place Plan,   P.O. Box 6403,   Sioux Falls, SD 57117-6403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 07 2012 18:17:03     United States Trustee,
              Office of the United States Trustee,   271 Cadman Plaza East,   Brooklyn, NY 11201-1833
7613146       EDI: HNDA.COM Jun 07 2012 18:08:00     American Honda Finance Corporation,   PO Box 168088,
              Irving, TX 75016-8088
7573183       EDI: CAPITALONE.COM Jun 07 2012 18:08:00     Capital One,   P.O. Box 30285,
              Salt Lake City, UT 84130-0285
7573184       EDI: CHASE.COM Jun 07 2012 18:08:00     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
7573186       EDI: CIAC.COM Jun 07 2012 18:08:00     CitiMortgage, Inc.,   P.O. Box 183040,
              Columbus, OH 43218-3040
7573195       EDI: HFC.COM Jun 07 2012 18:08:00     HSBC CARD SERVICES,   P.O. Box 17051,
              Baltimore, MD 21297-1051
7573198       EDI: RMSC.COM Jun 07 2012 18:08:00     Jcpenney/GECRB,   P.O. Box 965009,
              Orlando, FL 32896-5009
7573199       EDI: CBSKOHLS.COM Jun 07 2012 18:08:00     Kohl's,   P.O. Box 3043,   Milwaukee, WI 53201-3043
7573200       EDI: RMSC.COM Jun 07 2012 18:08:00     Lowe's/Gecrb,   P.O. Box 530914,   Atlanta, GA 30353-0914
7573203       EDI: RMSC.COM Jun 07 2012 18:08:00     QCARD/GECRB,   P.O. Box 530905,   Atlanta, GA 30353-0905
7573208       EDI: WTRRNBANK.COM Jun 07 2012 18:08:00     Target National Bank,   P.O. Box 1581,
              Minneapolis, MN 55440-1581
7573211       EDI: RMSC.COM Jun 07 2012 18:08:00     Walmart Discover/GECRB,   P.O. Box 960024,
              Orlando, FL 32896-0024
7616032       EDI: WFFC.COM Jun 07 2012 18:08:00     Wells Fargo Bank NA,   PO Box 10438,
              Des Moines IA 50306-0438
7573212      +EDI: WFFC.COM Jun 07 2012 18:08:00     Wells Fargo Financial National Bank,   P.O. Box 10475,
              Des Moines, IA 50306-0475
7573213       EDI: WFNNB.COM Jun 07 2012 18:08:00     World Financial Capital Bank,   P.O. Box 182620,
              Columbus, OH 43218-2620
7573214       EDI: WFNNB.COM Jun 07 2012 18:08:00     World Financial Network National Bank,   P.O. Box 182782,
              Columbus, OH 43218-2782
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0207-1          User: dcapers              Page 2 of 3              Date Rcvd: Jun 07, 2012
                              Form ID: 262               Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2012**                    **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 0207-1          User: dcapers              Page 3 of 3                  Date Rcvd: Jun 07, 2012
                              Form ID: 262               Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2012 at the address(es) listed below:
          Gregory Messer    gremesser@aol.com,   lduc@aol.com,noblo@aol.com,gmesserpllc@aol.com,
           ;ny54@ecfcbis.com
          Kevin B Zazzera    on behalf of Debtor Andrew DeSalas kzazz007@yahoo.com
          United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                                   TOTAL: 3

**Form BLdfnld7** (12/01/2007)

# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

| | |
|---|---|
| IN RE: | CASE NO: 1−12−41295−nhl |

Andrew DeSalas                              Carrie DeSalas

16 Heather Court                            16 Heather Court
Staten Island, NY 10303                     Staten Island, NY 10303

Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                    CHAPTER: 7

xxx−xx−8552                                 xxx−xx−0077

DEBTOR(s)

---

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on February 24, 2012; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Gregory Messer (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.


BY THE COURT

Dated: June 7, 2012                         s/ Nancy Hershey Lord
                                            United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**Form BLdfnld7**(12/01/2007)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**